**CLOSED**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS HILINSKI, | Civil Action No.: 05-CV-3843 (JLL) |
| Plaintiff, | |
| v. | |
| GORDON TERMINAL SERVICE COMPANY OF NEW JERSEY, INC., A CORPORATION, | **ORDER ADOPTING FEBRUARY 24, 2006 REPORT AND RECOMMENDATION** |
| Defendant. | |

This Court had referred Defendant Gordon Terminal Service Company of New Jersey, Inc.'s ("Defendant") motion for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c) to the Honorable Ronald J. Hedges, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B). Magistrate Judge Hedges filed a Report and Recommendation on Defendant's motion on February 24, 2006. Having reviewed *de novo* the Report and Recommendation of February 24, 2006, and having thoroughly considered Plaintiff's timely objections to the Report and Defendant's response thereto, this Court adopts Magistrate Judge Hedges February 24, 2006 Report and Recommendation as the Opinion of this Court and dismisses Plaintiff's Complaint.

**IT IS** on this 3rd day of May, 2006,

**ORDERED** that the Report and Recommendation of Magistrate Judge Hedges filed February 24, 2006, which recommended granting Defendant's motion for judgment on the pleadings and dismissing Plaintiff's Complaint [CM/ECF Docket Entry # 8], is hereby ADOPTED as the findings

of fact and conclusions of law of this Court; and it is further

      **ORDERED** that the Clerk of the Court shall close the Court's file on this matter.

|  |  |
|---|---|
| DATED: May 3, 2006 | /s/ Jose L. Linares<br>JOSE L. LINARES,<br>UNITED STATES DISTRICT JUDGE |